**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ZAUR ALESKEROV,   :   Civil No. 1:26-CV-00420

    Petitioner,   :

    v.   :

CRAIG A. LOWE, *et al.*,   :

    Respondents.   :   Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 13th day of March, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents shall **IMMEDIATELY RELEASE** Petitioner from custody on his own recognizance.

3) Respondents shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **Tuesday, March 17, 2026, at 5:00 p.m.** confirming that Petitioner has been released from custody.

4) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

5) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

    s/Jennifer P. Wilson
    JENNIFER P. WILSON
    United States District Judge
    Middle District of Pennsylvania